UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE:<br>ALESSI & KOENIG, LLC,<br>　　　　　　　　　Debtor.<br>RJRN HOLDINGS, LLC,<br>　　　　　　　　　Plaintiff(s),<br>　　v.<br>JAMES PRESTON, et al.,<br>　　　　　　　　　Defendant(s). | Case No. BK-S-16-16593-ABL<br>Chapter 7<br>Adversary Proceeding 17-01136-abl<br>Case No. 2:17-CV-1295 JCM (GWF)<br>ORDER |

Presently before the court is movant Sunrise Villas VIII Homeowners' Association's ("the HOA") motion to withdraw reference. (ECF No. 1).

On January 22, 2018, the bankruptcy court submitted a copy of its order remanding cases to state court for lack of jurisdiction, and, alternatively, on equitable grounds. (ECF No. 3). The order directly references this case as one of the cases remanded to state court. *See id.* at 15 (listing RJRN Holdings, LLC v. James Preston, et al, Adv. Proc. No. 17-01136-abl). As the bankruptcy court remanded this action to state court, the court will deny the motion to withdraw reference as moot.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the HOA's motion to withdraw reference (ECF No. 1) be, and the same hereby is, DENIED as moot.

The clerk is directed to close the case.

DATED January 24, 2018.

                                                                                 _____
                                                                                 UNITED STATES DISTRICT JUDGE